**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00149-CR**
_____

**STEVEN LOUIS MASSEY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-01-00373-CR**

**MEMORANDUM OPINION**

Nearly five years ago on June 26, 2018, the trial court granted the State's motion to dismiss Trial Cause Number 18-01-00373. Around five years later on May 16, 2023, Massey filed a notice of appeal.

After Massey filed the notice, the Court's Clerk notified the parties in a letter that his notice of appeal had been filed outside the time for which the Court could grant an extension of time to consider the appeal. Even though Massey responded to

1

the Court's notice, his response failed to identify a valid basis for this Court to exercise appellate jurisdiction over his appeal.

Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 13, 2023
Opinion Delivered June 14, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.